UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PORT MARIGNY, LLC, ET AL. | CIVIL ACTION |
| VERSUS | NO: 17-4727 |
| CITY OF MANDEVILLE, ET AL. | SECTION: "J" (5) |

## ORDER

The Consent Judgment (Rec. Doc. 129) resolves the claims asserted by plaintiffs in the above-captioned matter. Accordingly,

**IT IS HEREBY ORDERED** that the case is **ADMINISTRATIVELY CLOSED**. Any party may file a written motion to re-open the case at a later date.

**IT IS FURTHER ORDERED** that the *Motion for Summary Judgment* **(Rec. Doc. 95)** is **DENIED as moot**.

New Orleans, Louisiana, this 17th day of April, 2019

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE